IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**STEVE L. NASWORTHY,**

Defendant

NO.  5: 05-CR-20 (DF)

RE: VIOLATION OF CONDITIONS OF RELEASE

## ORDER OF REVOCATION AND DETENTION

Defendant STEVE L. NASWORTHY, represented by legal counsel Ms. L. Elizabeth Lane of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Kevin L. Mason.  The government was represented by Assistant U. S. Attorney Michael T. Solis.  The defendant admitted the violations set forth in the petition, and upon consideration of argument of counsel,

THE COURT FINDS:

(1) that the defendant NASWORTHY has violated conditions of release by violating state/federal law, to-wit: the defendant did possess and use methamphetamine on or about June 15 and June 20, 2005, as alleged in said petition;

(2) that the defendant failed to report to his probation officer as directed on June 6 and July 11, 2005;

(3) that the defendant failed to submit to drug testing as directed by his probation officer, last reporting to the Probation Office on June 27, 2005;

(4) that defendant NASWORTHY failed to participate in an approved substance abuse treatment program and failed to attend AA/NA meetings as directed by his probation officer;

(5) that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assure that he will not pose a danger to the safety of the community and its inhabitants by continuing to use illegal drugs, in violation of state and federal law; and,

(6) that defendant NASWORTHY is unlikely to abide by conditions of release prohibiting the use of illegal drugs, requiring that he report to his probation officer, and requiring that he participate in substance abuse treatment programs.


**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered March 21, 2005, be, and it is, **REVOKED**. The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending sentencing. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 15th day of JULY, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE